# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PATSY PRESTON | § |
| | § Civil Action No. 4:17-CV-596 |
| v. | § (Judge Schell/Judge Nowak) |
| | § |
| COMMISSIONER, SSA | § |

## MEMORANDUM OPINION AND ORDER

The court, having reviewed Plaintiff Patsy Preston's ("Plaintiff") "Application for Attorney Fees under the Equal Access to Justice Act" ("Motion") (Dkt. #24) and Commissioner's Response (Dkt. #26), wherein the Commissioner states it has no objection to Plaintiff's request, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act (Dkt. #24) is **GRANTED**, and the Commissioner is directed to pay four thousand, seven hundred sixty dollars and eight cents ($4,760.08) as reasonable attorney's fees payable to Plaintiff, such payment to be mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.

SIGNED this the 5th day of February, 2019.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE